■ In the Matter of Manuel P.A., Appellant, v Emilie B., Respondent. [44 NYS3d 910]—

Appeal from order, Family Court, New York County (Adetokunbo O. Fasanya, J.), entered on or about January 21,

2016, to the extent it awarded $33,701.50 of interim counsel fees to the respondent mother in the form of sanctions against the petitioner father, unanimously dismissed, without costs.

This appeal was improperly taken from a nondispositional Family Court order without leave of court (Family Ct Act § 1112; 22 NYCRR 600.3; CPLR 5512 [a]; *Matter of Lutfee M.,* 157 AD2d 604 [1st Dept 1990], *lv denied* 75 NY2d 710 [1990]). The father has presented no excuse for his failure to move for leave to appeal apart from being a pro se litigant at the time of the filing; nor has he presented any showing why any such motion should be granted. Absent an explanation as to why he failed to follow the proper procedure or should be treated differently from any other litigant that falls within the general rule prohibiting an appeal from a nonfinal order in Family Court, the father's appeal is dismissed. Concur—Friedman, J.P., Richter, Saxe, Moskowitz and Kapnick, JJ.